IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WILLIAM H. OLIVER                                              PLAINTIFF

VS.                                    CIVIL ACTION NO. 4:09CV29TSL-LRA

BANKFIRST AND BILL SKINNER                                     DEFENDANT

ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Linda R. Anderson, recommending that plaintiff be denied in forma pauperis status and be given until August 21, 2009 in which to pay the filing fee.  Having reviewed the report and recommendation, the court finds that it is well taken and adopts it as the order of the court.

Accordingly, it is ordered that plaintiff's motion to proceed ifp is denied and that plaintiff shall pay the $350 filing fee on or before August 21, 2009.  Plaintiff is advised that failure to pay the filing fee by this date may subject the complaint to dismissal for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED this 8th day of June, 2009.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE